# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00484-CV

---

**Dr. Lawrence Broder, M.D. and Round Rock Medical Aesthetics & Urgent Care PLLC d/b/a Beleza Medspa, Appellants**

**v.**

**Nexstar Broadcast Group, Inc.; KXAN-TV; and Jody Barr, Appellees**

---

**FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY,
NO. D-1-GN-19-000768, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Dr. Lawrence Broder, M.D. and Round Rock Medical Aesthetics & Urgent Care PLLC d/b/a Beleza Medspa have filed an unopposed motion to abate the appeal pending rendition of a new final, appealable judgment. In the motion, appellants inform the Court that the trial court has granted a partial new trial and set a hearing for November 26, 2019, on attorneys' fees, court costs, expenses, and sanctions. Appellants anticipate that a new final judgment will follow shortly after the November 26 hearing. If the trial court vacates the judgment on appeal and replaces it with a new judgment, they request that we treat the appeal as from the subsequent judgment. *See* Tex. R. App. P. 27.3. We grant the motion and abate the appeal. Appellants shall submit either a status report concerning the status of the trial-court

proceedings or a motion to reinstate on or before December 4, 2019. The appeal will remain abated until further order of this Court.

It is so ordered on November 8, 2019.


Before Chief Justice Rose, Justices Triana and Smith

Abated

Filed: November 8, 2019